**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  09-cr-00446-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. KENNY SANTOS NAVARRO-VALLE,

       Defendant.

---

**MINUTE ORDER**
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a status/scheduling hearing regarding Defendant Kenny Santos Navarro-Valle is set **Friday, November 13, 2009 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required

Dated:  October 27, 2009