**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  09-cr-00446-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. KENNY SANTOS NAVARRO-VALLE,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 12 - filed November 2, 2009), a change of plea hearing regarding Defendant Kenny Santos Navarro-Valle is set **Friday, November 13, 2009 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required

Dated:  November 5, 2009